## UNITED STATES BANKRUPTCY COURT
## IN THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **In re: LENORA JEAN BYRD** § | Case No. 18-25233 |
| **AKA JEAN H BYRD** § | (Chapter 13) |
| § | |
| § | |
| **SPECIALIZED LOAN SERVICING, LLC,** § | |
| **CREDITOR** § | |
| § | |
| vs. § | |
| § | |
| **LENORA JEAN BYRD** § | |
| **AKA JEAN H BYRD, DEBTOR AND SYLVIA** § | |
| **F. BROWN, TRUSTEE,** § | |
| **RESPONDENTS** § | |
| § | |
| § | |
| § | |
| § | |

### OBJECTION TO CONFIRMATION BY SPECIALIZED LOAN SERVICING, LLC

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW, SPECIALIZED LOAN SERVICING, LLC (hereinafter Creditor), a secured creditor herein, and pursuant to 11 U.S.C §§ 1322(b)(2), 1324 and 1325(a)(5), and Bankruptcy Rule 3015(f) files this, its Objection to Debtor(s) proposed Chapter 13 Plan (hereinafter Plan), and in support thereof would respectfully show the Court as follows:

### I. BACKGROUND

1. Lenora Jean Byrd aka Jean H Byrd, Debtor, commenced the above captioned Chapter 13 case on June 25, 2018. Sylvia F. Brown is the duly appointed and acting Chapter 13 Trustee.

2. Creditor is the mortgage servicer for the mortgagee of a Note in the original principal sum of $97,000.00, dated August 8, 2008 executed by Debtor. The Note is secured by a Deed of Trust of even date therewith granting a lien against real property located at 1560 Wirt Road, Oakland, TN 38060 (hereinafter Property). The Note and Deed of Trust were assigned to Creditor.

3. The total pre-petition arrearages owing to Creditor as of the Petition Date was $23,208.82.

### II. OBJECTION TO PROPOSED PLAN

4. Creditor objects to confirmation of the Plan because the Plan understates the correct monthly payment; per the plan it is $621.10, but per Creditor it is $714.60.

5. Furthermore, the Plan incorrectly states there is only $16,881.70 due in arrearages when, in fact, Creditor is entitled to full payment of its secured pre-petition arrearage claim and its secured post-petition arrearages pursuant to the Note and Deed of Trust which will approximately amount to the $105,784.87.

6. Because the regular monthly payment and the total arrears listed for Creditor are understated, the Chapter 13 plan may not be feasible.

7. Because Creditor was forced to file this Objection to Confirmation to protect its secured interest in the subject real property, it has incurred reasonable attorneys' fees.

**WHEREFORE, PREMISES CONSIDERED**, Creditor prays this Court deny confirmation of the Plan proposed by the Debtor, and attorneys' fees and costs, and grant Creditor such other and further relief, at law and in equity, as is just.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.

/s/ *Winston Davis*
Winston Davis, Bar No. 35104
Mackie Wolf Zientz & Mann, P.C.
5217 Maryland Way, Suite 404
Brentwood, TN 37027
Telephone: (615) 238-3630
Facsimile: (615) 777-4517
Email: wdavis@mwzmlaw.com

ATTORNEY FOR CREDITOR

18-000007-280

**CERTIFICATE OF SERVICE**

I, Winston Davis, do hereby certify on July 5, 2018 a copy of the motion was served on the persons listed below in the manner indicated.

/s/ *Winston Davis*
Winston Davis

Via U.S. Mail:
Lenora Jean Byrd aka Jean H Byrd
1560 Wirt Road
Oakland, TN 38060
Debtor(s)

Via ECF:
Hurst, Herbert D.
P.O. Box 41497
Memphis, TN 38174-1497
Attorney for Debtor(s)

Via ECF:
Sylvia F. Brown
200 Jefferson Ave. Suite #1113
Memphis, TN 38103
Chapter 13 Trustee

Via ECF
US Trustee

18-000007-280

**UNITED STATES BANKRUPTCY COURT**
**IN THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: LENORA JEAN BYRD** | § | Case No. 18-25233 |
| **AKA JEAN H BYRD** | § | (Chapter 13) |
| | § | |
| | § | |
| **SPECIALIZED LOAN SERVICING, LLC,** | § | |
| **CREDITOR** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **LENORA JEAN BYRD** | § | |
| **AKA JEAN H BYRD, DEBTOR AND SYLVIA** | § | |
| **F. BROWN, TRUSTEE,** | § | |
| **RESPONDENTS** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER DENYING CONFIRMATION

The Objection to Confirmation filed by SPECIALIZED LOAN SERVICING, LLC is granted. It is therefore, ORDERED, ADJUDGED AND DECREED that confirmation of Debtor Chapter 13 Plan is denied, without prejudice to submission of a Plan that cures Creditors Objection.

Dated this _____ day of _____, 20____.

_____
UNITED STATES BANKRUPTCY JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

/s/ *Winston Davis*
Winston Davis, Bar No. 35104
Mackie Wolf Zientz & Mann, P.C.
5217 Maryland Way, Suite 404
Brentwood, TN 37027
Telephone: (615) 238-3630
Facsimile: (615) 777-4517
Email: wdavis@mwzmlaw.com
ATTORNEY FOR CREDITOR

18-000007-280